UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  CV 22-5220 -KS                                      Date: July 2, 2024

Title     _Selina Turkes et al. v. BMW of North America, LLC_

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendant:

**Proceedings (IN CHAMBERS): ORDER TO SHOW CAUSE RE: DISMISSAL**

On November 14, 2023, Plaintiffs in this Song-Beverly lemon law case filed a Joint Statement re: Settlement, in which the parties represented that they "settled this matter in principle" and were "working to complete the terms of settlement." (Dkt. No. 53.) The parties further requested that the Court vacate "all hearings and the February 6, 2024 trial date." (_Id._) On November 15, 2023, the Court granted the request. (Dkt. No. 54.)

Subsequently, on March 11, 2024, the Court approved a stipulation of the parties ("Stipulation"). (Dkt. No. 60.) In the Stipulation, the parties represented that they settled this case in principle on November 15, 2023, and later "reached an Agreement as to the reasonably incurred attorneys' fees, costs, and expenses" in the amount of $80,000.00. (_Id._ at 2.) The parties further stipulated that the $80,000 payment "shall be made on or before April 21, 2024," and that "[u]pon receipt of payment-in-full, the Parties will jointly request that this matter be dismissed." (_Id._ at 3.)

To date, no joint request for dismissal has been made and neither party has had further contact with the Court. Therefore, Plaintiffs are ordered to show cause, **on or before July 23, 2024**, why the Court should not dismiss this action for the failure to prosecute. Plaintiffs may discharge this Order to Show Cause by filing: (1) a stipulation of dismissal signed by all parties who have appeared; or (2) a joint status update providing the status of settlement discussions and an anticipated date for the filing of a stipulation of dismissal.

\\

\\

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  CV 22-5220                                                          Date: July 2, 2024

Title    *Selina Turkes et al. v. BMW of North America, LLC*

    **Plaintiffs are cautioned that the failure to file a timely response to this Order to Show Cause will result in an entry of judgment dismissing this action for the failure to prosecute under Federal Rule of Civil Procedure 41(b).**

    **IT IS SO ORDERED.**

**Initials of Preparer**     gr